CAUSE NO. 13-15-00028-CR

ROBERT NUNEZ, JR., APPELLANT  § IN THE COURT OF

Vs.  § CRIMINAL APPEALS

THE STATE OF TEXAS  § OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

AUG. 19 2015

Abel Acosta, Clerk

PRO SE MOTION REQUESTING LEAVE TO FILE
AN ORIGINAL COPY ONLY OF THE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

COMES NOW THE APPELLANT ROBERT NUNEZ, JR. IN THE ABOVE-STYLE AND NUMBERED CAUSE AND RESPECTFULLY MOVES THIS HONORABLE COURT TO GRANT LEAVE TO FILE AN ORINGINAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW AND IN SUPPORT THEREOF WOULD SHOW TO THE COURT THE FOLLOWING: 1. THE STYLE AND APPEAL NUMBER IN THE THIRTEENTH SUPREME JUDICAL DISTRICT OF TEXAS AT CORPUS CHRISTI IS ROBERT NUNEZ, JR. VS. THE STATE OF TEXAS, APPEAL No. 04-08-00910-CR.

2. THE APPELLANT ROBERT NUNEZ, JR., MOVES THAT, PURSUANT TO RULE 2, TEXAS RULES OF APPELLANT PROCEDURE, THIS COURT SUSPEND RULE 9.3(b), TEXAS RULES OF APPELLANT PROCEDURE, THAT REQUIRES THE FILING OF ELEVEN COPIES OF THE PETITION FOR DISCRETIONARY REVIEW WITH THE COURT.

3. THE FACTS RELIED UPON TO SHOW GOOD CAUSE FOR THIS REQUEST ARE, AS FOLLOWS: THE APPELLANT IS INDIGENT AND INCARCERATED AND DOES NOT HAVE ACCESS TO A PHOTO COPIER. THE APPELLANT IS PRESENTLY NOT REPRESENTED BY COUNSEL AND INTENDS TO FILE A PRO SE PETITION FOR DISCRETIONARY REVIEW.

1.

WHEREFORE, PREMISES CONSIDERED, THE APPELLANT, Robert Nunez, Jr., RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT GRANT LEAVE TO FILE AN ORIGINAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW WITH THE COURT.

RESPECTFULLY SUBMITTED,

Robert Nunez, Jr.,
T.D.C.J. # 01964668
MARK W. STILES UNIT
3060 FM 3514
BEAUMONT, TEXAS 77705-7635

## CERTIFICATE OF SERVICE

THE APPELLANT, Robert Nunez, Jr., HEREBY CERTIFIES THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION HAS BEEN MAILED TO THE OFFICE OF STEVEN TYLER, VICTORIA COUNTY DISTRICT ATTORNEY, 205 N. BRIDGE STREET, VICTORIA, TEXAS, 77901, AND MAILED VIA U.S. MAIL, TO THE OFFICE OF THE STATE PROSECUTING ATTORNEY, P.O. BOX 12405, CAPITOL STATION, AUSTIN, TEXAS, 78711, ON THE 17, DAY OF AUGUST, 2015.

Robert Nunez, Jr., PRO SE